## CERTIFICATE OF SERVICE

On this 18th day of December 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Samuel White
Assistant United States Attorney
Capitol Siege Section
United States Attorney's Office
for the District of Columbia
601 D Street NW
Washington, DC  20530
(202) 431-4453 (c)
samuel.white@usdoj.gov