IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| vs. | * Case No.: **23-mj-00346 GMH** |
| **DAVID MITCHELL BATES** | * |
| **Defendant** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF FILING – DISCOVERY

NOW COMES, the Defendant, David Mitchell Bates, by and through his counsel, Nicholas G. Madiou and Brennan, McKenna & Lawlor, Chartered, and hereby files for the record a copy of discovery correspondence recently provided by the undersigned to the United States in connection with the above-referenced case.

WHEREFORE, David Mitchell Bates respectfully moves this Honorable Court to accept this document for filing and make it a part of the record in this case.

Respectfully submitted,

December 18, 2023

/s/
_____
Nicholas G. Madiou
Brennan, McKenna & Lawlor, Chtd.
Bar Number MD0039
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044 (telephone number)
301-474-5730 (facsimile number)
nmadiou@brennanmckenna.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 18, 2023, a copy of the foregoing was sent via electronic filing to the United States Attorney's Office for the District of Columbia.

/s/
_____
Nicholas G. Madiou

1